# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| Case No.: | 13-42873 | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|
| Case Name: | LEONARD & COMPANY, INC. | Date Filed (f) or Converted (c): | 02/18/2013 (f) |
| For the Period Ending: | 09/30/2014 | §341(a) Meeting Date: | 03/28/2013 |
| | | Claims Bar Date: | 09/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | TALMER CHECKING ACCOUNT #1869 | $4.19 | $0.00 | | $0.00 | FA |
| 2 | JACK BRUSEWITZ SALARY ADVANCE OVER THE COURSE OF 2012 | $200,654.43 | $0.00 | | $0.00 | FA |
| 3 | PETER FRAWLEY SALARY ADVANCE OVER THE COURSE OF 2012 | $974.37 | $0.00 | | $0.00 | FA |
| 4 | DEL LENZ SALARY ADVANCE OVER THE COURSE OF 2012 | $2,874.38 | $0.00 | | $0.00 | FA |
| 5 | MICHAEL TAMULEVICH SALARY ADVANCE OVER THE COURSE OF 2012 | $1,516.43 | $0.00 | | $0.00 | FA |
| 6 | PROMISSORY NOTE PETER FRAWLEY | $8,400.00 | $0.00 | | $0.00 | FA |
| 7 | COMMISSIONS | Unknown | $0.00 | | $0.00 | FA |
| 8 | INSURANCE PREMIUMS (u) | $0.00 | $300.00 | | $314.95 | FA |
| 9 | CLAIM AGAINST PETER FRAWLEY (u) | Unknown | $2,925.00 | | $1,000.00 | $1,925.00 |
| Asset Notes: | Adversary Proceeding #: 13-04860-pjs | | | | | |
| 10 | CLAIM AGAINST MICHAEL TAMULEVICH (u) | Unknown | $750.00 | | $750.00 | FA |
| Asset Notes: | Adversary Proceeding #: 13-04860-pjs | | | | | |
| 11 | CLAIM AGAINST R. MAX PETT (u) | Unknown | $750.00 | | $750.00 | FA |
| Asset Notes: | Adversary Proceeding #: 13-04860-pjs | | | | | |
| 12 | CLAIM AGAINST D.B. FRENCH & COMPANY, LLC (u) | Unknown | $16,000.00 | | $0.00 | $16,000.00 |
| Asset Notes: | Adversary Proceeding #: 13-04859-pjs | | | | | |
| 13 | CLAIM AGAINST DEL LENZ (u) | Unknown | $4,000.00 | | $4,000.00 | FA |
| Asset Notes: | Adversary Proceeding #: 13-04860-pjs | | | | | |
| 14 | CLAIM AGAINST JAMES S. CURRIER (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Adversary Proceeding #: 13-04860-pjs | | | | | |
| 15 | CLAIM AGAINST JACK BRUSEWITZ (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Adversary Proceeding #: 13-04860-pjs | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $214,423.80 | $24,725.00 | | $6,814.95 | $17,925.00 |

**Major Activities affecting case closing:**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 13-42873 | | | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LEONARD & COMPANY, INC. | | | Date Filed (f) or Converted (c): | 02/18/2013 (f) |
| For the Period Ending: | 09/30/2014 | | | §341(a) Meeting Date: | 03/28/2013 |
| | | | | Claims Bar Date: | 09/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |

| Date | Description |
|---|---|
| 09/30/2014 | Counsel attempting to collect settlements under the May 27, 2014 Order Granting Motion For Order Pursuant To Bankruptcy Rule 9019 Approving Compromise Between Trustee And Defendant D.B. French & Company, LLC Regarding Certain Transfers From The Debtor To Defendant DB French & Company, LLC and under the May 14, 2014 Order Granting Motion For Order Pursuant To Bankruptcy Rule 9019 Approving Compromise Between Trustee And Defendant Peter Frawley Regarding Certain Transfers From The Debtor To Defendant Peter Frawley |
| 05/03/2014 | Motion to Approve Compromise under Rule 9019 with D.B French & Company, LLC (Adv. Pro. No. 13-04859) |
| 07/26/2013 | Adversary case 13-04859. (13 (Recovery of money/property - 548 fraudulent transfer)), (12 (Recovery of money/property - 547 preference)): Complaint by Gene R. Kohut against D.B. FRENCH & COMPANY, LLC, Wendy Terese Leonard. Receipt Number Deferred, Fee Amount of $ 293 is Deferred. (Attachments: # (1) Summons # (2) Exhibit A) (Vintevoghel, Amanda) |
| 07/26/2013 | Adversary case 13-04860. (12 (Recovery of money/property - 547 preference)), (13 (Recovery of money/property - 548 fraudulent transfer)): Complaint by Gene R. Kohut against Jack Brusewitz, James S. Currier, Peter Frawley, Del Lenz, R Max Pett, Michael Tamulevich, Timberland Four, LLC. Receipt Number Deferred, Fee Amount of $ 293 is Deferred. (Attachments: # (1) Exhibit A # (2) Exhibit B) (Vintevoghel, Amanda) |
| 06/03/2013 | INVESTIGATING BUSINESS AFFAIRS |

**Initial Projected Date Of Final Report (TFR):**  05/31/2015       /s/ GENE R. KOHUT, TRUSTEE

**Current Projected Date Of Final Report (TFR):** 05/31/2015       GENE R. KOHUT, TRUSTEE

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 13-42873 | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|
| Case Name: | LEONARD & COMPANY, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3859 | Checking Acct #: | ******2035 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHECKING |
| For Period Beginning: | 10/01/2013 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/27/2013 | (7) | LIMO-REID/JOYCE E. HOLDER | ITEM RETURNED (PAYMENT STOPPED) | 1249-000 | $5,000.00 | | $5,000.00 |
| 07/09/2013 | (8) | Eastern Michigan Agencies | Overpayment of insurance | 1149-000 | $314.95 | | $5,314.95 |
| 07/24/2013 | (7) | DEP REVERSE: LIMO-REID/JOYCE E. | ITEM RETURNED (PAYMENT STOPPED) This payment was pursuant to a monthly marketing services contract, performed by Gregory Buck, for Leonard Capital. However, this check was issued by mistake, as Gregory was no longer performing services for Leonard Capital. The person in charge of issuing checks was unaware of this when she drafted the check. Once she became aware of it, she issued the stop payment. | 1249-000 | ($5,000.00) | | $314.95 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $304.95 |
| 09/05/2013 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($10.00) | $314.95 |
| 10/30/2013 | (13) | ULQ SOLUTIONS INC | SETTLEMENT Matter settled before Defendant, Del Lenz filed an answer, resulting in voluntary dismissal. | 1241-000 | $4,000.00 | | $4,314.95 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,304.95 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,294.95 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,284.95 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,274.95 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,264.95 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,254.95 |
| 05/13/2014 | | DAVID DRAGICH | | * | $2,500.00 | | $6,754.95 |
| | {10} | | COMPROMISE P/O 04/29/14     $750.00 | 1241-000 | | | $6,754.95 |
| | {11} | | COMPROMISE P/O 04/29/14     $750.00 | 1241-000 | | | $6,754.95 |
| | {9} | | COMPROMISE P/O 05/14/14     $1,000.00 | 1241-000 | | | $6,754.95 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $6,744.95 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.53 | $6,734.42 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.86 | $6,723.56 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.84 | $6,712.72 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.48 | $6,702.24 |
| | | | SUBTOTALS | | $6,814.95 | $112.71 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-42873 | | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LEONARD & COMPANY, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3859 | | Checking Acct #: | ******2035 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHECKING |
| For Period Beginning: | 10/01/2013 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $6,814.95 | $112.71 | $6,702.24 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,814.95 | $112.71 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,814.95 | $112.71 | |

**For the period of 10/01/2013 to 09/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $112.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $112.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/27/2013 to 9/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,814.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,814.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $112.71 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursement | $112.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 13-42873 |
| Case Name: | LEONARD & COMPANY, INC. |
| Primary Taxpayer ID #: | **-***3859 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2013 |
| For Period Ending: | 09/30/2014 |

| | |
|---|---|
| Trustee Name: | GENE R. KOHUT, TRUSTEE |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******2035 |
| Account Title: | CHECKING |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $6,814.95 | $112.71 | $6,702.24 |

**For the period of 10/01/2013 to 09/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $112.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $112.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/27/2013 to 9/30/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,814.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,814.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $112.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $112.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GENE R. KOHUT, TRUSTEE

GENE R. KOHUT, TRUSTEE