# Exhibit 5

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | **20689** |
| Invoice Date | **10/02/2014** |
| For Services Through | 10/02/2014 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| \_\_\_\_ | \_\_ | _____ | _____ | _____ |

In Reference To: **Leonard & Company (Case Administration)**

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| 04/11/2013 | AV | *Other*<br>Reviewing and Summarizing background/financial documents and dockets of bankruptcy case. | 2.10 at 225.00/hr | 472.50 |
| 04/16/2013 | AV | *Other*<br>Drafting employment application. | 0.50 at 225.00/hr | 112.50 |
| 04/17/2013 | AV | *Other*<br>Drafting employment application to employ HD as counsel to the trustee (.2); Reviewing background documents, listening to 341 hearing audio and summarizing the same (2.5). | 2.70 at 225.00/hr | 607.50 |
| 04/18/2013 | AV | *Other*<br>Drafting and Finalizing employment application to employ HD as counsel to the trustee; Emailing same to UST for concurrence; Reviewing and summarizing background documents (2.4). | 2.40 at 225.00/hr | 540.00 |
| 04/18/2013 | DGD | *Other*<br>Work on application for employment as Trustee's counsel. | 0.50 at 295.00/hr | 147.50 |
| 04/19/2013 | AV | *Other*<br>Reviewing and summarizing background documents. | 1.40 at 225.00/hr | 315.00 |
| 04/19/2013 | DGD | *Other*<br>Review of file documents and exchange correspondence with holding company's counsel regarding meeting on open issues. | 1.50 at 295.00/hr | 442.50 |
| 04/22/2013 | DGD | *Other*<br>Work on employment application. | 0.50 at 295.00/hr | 147.50 |
| 04/25/2013 | DGD | *Other*<br>Review of file documents and summary of same in preparation for meeting with Mr. Majoros. | 2.00 at 295.00/hr | 590.00 |
| 04/26/2013 | DGD | *Other*<br>Meeting with Mr. Majoros regarding review of file documents; meeting with Mr. Kohut regarding same. | 2.50 at 295.00/hr | 737.50 |
| 04/30/2013 | AV | *Other*<br>Reviewing background documents, summarizing potential causes of action. | 1.40 at 225.00/hr | 315.00 |
| 05/01/2013 | DGD | *Other*<br>Review of analysis of possible causes of action and assets. | 1.30 at 295.00/hr | 383.50 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | 20689 |
| Invoice Date | 10/02/2014 |
| For Services Through | 10/02/2014 |

| Date | Atty | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2013 | AV | *Other* Reviewing background documents, summarizing potential causes of action (.3); Revising memorandum on potential causes of action (.8); Reviewing Insurance documents for potential recovery (.9); Reviewing Leonard-French Holdings general ledgers for potential causes of action/salary advance payments (1.4); Reviewing Arctaris Loan information (.2). | | 3.60 at 225.00/hr | 810.00 |
| 05/06/2013 | DGD | *Other* Review of claim forwarded by Mr. Majoros and e-mail correspondence regarding same. | | 0.40 at 295.00/hr | 118.00 |
| 05/07/2013 | DGD | *Other* Meeting with Mr. Kohut regarding Arctaris motion for relief from stay and related issues. | | 1.00 at 295.00/hr | 295.00 |
| 05/08/2013 | DGD | *Other* Continued review of Arctaris motion for relief from stay and respond to counsel for Arctaris regarding same. | | 0.80 at 295.00/hr | 236.00 |
| 05/10/2013 | DGD | *Other* Work on issues regarding Arctaris motion for relief from stay and correspondence regarding same. | | 1.30 at 295.00/hr | 383.50 |
| 05/13/2013 | AV | *Other* Reviewing Arctaris's Motion for Relief from Stay; Reviewing claim filed in Leonard-French Holdings Bankruptcy by D.Thorton (.7); Drafting objection to Arctaris's Motion for Relief from Stay (.7). | | 1.40 at 225.00/hr | 315.00 |
| 05/14/2013 | DGD | *Other* Conference with Arctaris regarding motion for relief from stay and other case issues (.5); exchange correspondence with Mr. Majoros regarding D&O issues (.4); review of file documents (1.6). | | 2.50 at 295.00/hr | 737.50 |
| 05/14/2013 | AV | *Other* Drafting objection to Arctaris's Motion for Relief from Stay; Reviewing issues presented by the same and the Security Agreement; Phone Call with L. Majores, D. Dragich and K. Scammon regarding Arctaris's Motion for Relief from Stay (1.0); Reviewing D&O policies relating to LFH principles (.8). | | 1.80 at 225.00/hr | 405.00 |
| 05/15/2013 | AV | *Other* Drafting response to Arctaris' motion for relief from automatic stay (.8); Researching case law on judicial economy in relation to relief from the automatic stay (.9). | | 1.70 at 225.00/hr | 382.50 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

|  |  |
|---|---|
| Invoice # | **20689** |
| Invoice Date | **10/02/2014** |
| For Services Through | 10/02/2014 |

| Date | Atty | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 05/21/2013 | DGD | *Other* | Meeting with Mr. Kohut regarding causes of action and response to motion for relief from stay filed by Arctaris (1.0); exchange correspondence with counsel for Arctaris regarding motion for relief from stay (.4); finalize response to Arctaris motion for relief from stay for filing with bankruptcy court (.6). | 2.00 at 295.00/hr | 590.00 |
| 05/22/2013 | DGD | *Other* | Work on issues regarding recovery actions and review of documents regarding same. | 2.80 at 295.00/hr | 826.00 |
| 05/23/2013 | AV | *Other* | Drafting proof of claims for D. French and Leonard-French Holdings and related documents (1.1); Drafting avoidance action complaints against W. Leonard, M. Pett, and J. Currier, DB French, and Timberland Four and related documents (1.9); Reviewing letter regarding E & O insurance policy and letter regarding waiver of deductible (1.5). | 4.50 at 225.00/hr | 1,012.50 |
| 05/24/2013 | AV | *Other* | Drafting avoidance action complaint against D.B. French (2.1); Drafting avoidance action complaints against W. Leonard, M. Pett, and J. Currier, and Timberland Four and related documents (1.1); Drafting proof of claims for D. French and Leonard-French Holdings and related documents (1.4). | 4.60 at 225.00/hr | 1,035.00 |
| 05/28/2013 | DGD | *Other* | Exchange correspondence with Mr. Majoros regarding directors and officers insurance policy and meeting (.5); review of causes of action for complaint to recover preferences and fraudulent transfers (1.5). | 2.00 at 295.00/hr | 590.00 |
| 05/29/2013 | AV | *Other* | Drafting complaints and related documents relating to preference and fraudulent transfer actions of Leonard and Company; Compiling addresses for certificate of service; Drafting exhibits to proof of claims for Leonard French Holdings and Dainforth French bankruptcy cases (1.5); Reviewing Michigan Uniform Fraudulent Transfer Act; determining additional causes of action against D. French (.2). | 1.70 at 225.00/hr | 382.50 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | **20689** |
| Invoice Date | **10/02/2014** |
| For Services Through | 10/02/2014 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 05/30/2013 | AV | *Other* <br> Drafting complaints and related documents relating to preference and fraudulent transfer actions of Leonard and Company; Drafting exhibits to proof of claims for Leonard French Holdings and Dainforth French bankruptcy cases; Reviewing bank accounts for preference/fraudulent transfers Discussing the same with D. Dragich (1.8); Calling Court Clerk to Adjourn hearing relating to Arctaris's Motion for Relief from Stay (.1). | 1.90 at 225.00/hr | 427.50 |
| 05/30/2013 | DGD | *Other* <br> Review of documents from Mr. Majoros regarding insurance issues and confer with Mr. Kohut regarding same. | 0.40 at 295.00/hr | 118.00 |
| 05/31/2013 | AV | *Other* <br> Drafting complaints and related documents relating to preference and fraudulent transfer actions of Leonard and Company; Drafting exhibits to proof of claims for Leonard French Holdings and Dainforth French bankruptcy cases (1.7); Reviewing D. French's Bankruptcy Petition and Schedules (.4); Revising Stipulation between Trustee and Arctaris regarding adjournment of hearing (.1). | 2.20 at 225.00/hr | 495.00 |
| 06/03/2013 | DGD | *Other* <br> Meeting with Mr. Kohut regarding causes of action, proofs of claim and retention of special counsel and other issues (1.0); conference with Mr. Majoros regarding causes of action (.3); conference with Mr. Boyle regarding D&O issues (.2). | 1.50 at 295.00/hr | 442.50 |
| 06/03/2013 | AV | *Other* <br> Revising complaints/proofs of claims; Preparing for meeting with L. Majores, G. Kohut (1.0); Discussing complaints and proofs of claims with D. Dragich; Meeting with D. Dragich & G. Kohut regarding the same, potential other claims, general status of the case (1.2); Compiling D and O policy information (.2). | 2.40 at 225.00/hr | 540.00 |
| 06/04/2013 | DGD | *Other* <br> Work on proofs of claim and complaints and review causes of action. | 1.30 at 295.00/hr | 383.50 |
| 06/05/2013 | DGD | *Other* <br> Work on causes of action and review of insurance agreements. | 1.50 at 295.00/hr | 442.50 |
| 06/10/2013 | AV | *Other* <br> Revising proof of claims to be filed in D. French bankruptcy and Leonard-French Holdings bankruptcy case (.3) ; Finalizing Proof of Claims (.7). | 1.00 at 225.00/hr | 225.00 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | 20689 |
| Invoice Date | 10/02/2014 |
| For Services Through | 10/02/2014 |

| Date | Atty | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 06/10/2013 | DGD | Other | Work on proofs of claim against Dan French and LF Holdings and conference with Mr. Kohut regarding same. | 2.50 at 295.00/hr | 737.50 |
| 06/11/2013 | AV | Other | Filing Proofs of Claims in Leonard-French Holdings and D. French. | 0.60 at 225.00/hr | 135.00 |
| 06/11/2013 | DGD | Other | Work on proofs of claim and service of same. | 0.80 at 295.00/hr | 236.00 |
| 06/14/2013 | DGD | Other | Exchange correspondence with Mr. Majoros regarding retention of special counsel (.2); meeting with Mr. Kohut regarding asset recovery plan (1.8). | 2.00 at 295.00/hr | 590.00 |
| 06/26/2013 | DGD | Other | Review of correspondence from Mr. Kohut regarding asset recovery and commissions issues. | 0.50 at 295.00/hr | 147.50 |
| 06/27/2013 | DGD | Other | Review and respond to Mr. Kohut regarding asset recovery issues. | 0.50 at 295.00/hr | 147.50 |
| 07/10/2013 | DGD | Other | Review of issues regarding payment of commission fees and e-mail with Mr. Kohut regarding same. | 0.40 at 295.00/hr | 118.00 |
| 07/12/2013 | DGD | Other | Review of possible causes of action and draft complaints. | 1.20 at 295.00/hr | 354.00 |
| 07/19/2013 | AV | Other | Reading and Summarizing Chapter 11 Plan for D. French case. | 1.10 at 225.00/hr | 247.50 |
| 07/22/2013 | AV | Other | Phone calls related to issues with check from Limo-Reid (.4); Reading and Summarizing Chapter 11 Plan for D. French case (.5). | 0.90 at 225.00/hr | 202.50 |
| 07/23/2013 | DGD | Other | Work on preference and fraudulent transfer complaints. | 2.40 at 295.00/hr | 708.00 |
| 07/23/2013 | AV | Other | Discussing and Reviewing/Revising complaints against third parties for avoidable transfers; Emailing the same to D. Dragich and G. Kohut; Searching for addresses of defendants; Phone Call with J. Holden regarding stop payment of check and emailing M. Habib regarding the same. | 1.60 at 225.00/hr | 360.00 |
| 07/24/2013 | DGD | Other | Review of stipulation from Arctaris regarding motion for relief from stay (.3); work on complaints to avoid preferences and fraudulent transfers (.7). | 1.00 at 295.00/hr | 295.00 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | 20689 |
| Invoice Date | 10/02/2014 |
| For Services Through | 10/02/2014 |

| Date | Atty | Type / Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/24/2013 | AV | *Other* <br>Revising and finalizing complaints relating to avoidance actions(.4); Reviewing procedures for initiating and adversary proceeding(.4); Filing the complaints relating to avoidance actions(.2); Drafting summons for the same; Drafting and filing notice of appearance for A. Vintevoghel (.2). | 1.20 at 225.00/hr | 270.00 |
| 07/25/2013 | AV | *Other* <br>Initiating adversary proceedings for avoidance actions (.6); Serving the same; Reviewing stipulation regarding Arctarius's motion for relief from stay (.3); Following-up with K. Scammon regarding adversary proceedings (.2). | 1.10 at 225.00/hr | 247.50 |
| 07/25/2013 | DGD | *Other* <br>Finalize preference and fraudulent transfer complaints and conference with Mr. Kohut regarding same. | 1.40 at 295.00/hr | 413.00 |
| 07/26/2013 | DGD | *Other* <br>Conference with Mr. Kohut regarding complaints and other issues. | 0.30 at 295.00/hr | 88.50 |
| 08/07/2013 | DGD | *Other* <br>Review of complaint and issues raised by Mr. Majoros regarding recovery of insurance proceeds for D&O matters. | 0.40 at 295.00/hr | 118.00 |
| 08/13/2013 | DGD | *Other* <br>Meeting with Mr. Kohut regarding claims against directors and officers and Dan French bankruptcy proceeding. | 0.50 at 295.00/hr | 147.50 |
| 08/15/2013 | DGD | *Other* <br>Conference with Mr. Bullock regarding Dan French bankruptcy issues (.4); conference with Arctaris regarding Dan French bankruptcy issues (.3); work on ballot for Dan French bankruptcy (.3). | 1.00 at 295.00/hr | 295.00 |
| 08/15/2013 | AV | *Other* <br>Reviewing DB French Chapter 11 Plan and Proof of Claim (.6); Phone Call with C. Bullock and D. Dragich regarding D.B. French Chapter 11 Plan (.4); Drafting and Filing Stipulation to extend deadline to file objection to Plan (.3); Phone Call with E. Crowder regarding confirmation hearing, emailing D. Dragich regarding the same (.2). | 1.50 at 225.00/hr | 337.50 |
| 08/16/2013 | DGD | *Other* <br>Work on issues regarding plan confirmation (.4); exchange correspondence with defendant in adversary proceeding (.4). | 0.80 at 295.00/hr | 236.00 |
| 08/20/2013 | AV | *Other* <br>Drafting summary of D.B. French Co. Answer (.6); Drafting proof service for adversary complaints (.6); Following up with M. Fleming regarding complaint against J. Brusewitz (.1). | 1.30 at 225.00/hr | 292.50 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | 20689 |
| Invoice Date | 10/02/2014 |
| For Services Through | 10/02/2014 |

| Date | Atty | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 08/21/2013 | AV | Other | Reviewing ballot results; Emailing D. Dragich regarding the same (.5); Phone Call/Emailing M. Fleming regarding extension (.2); Filing POS in the adversary proceedings (.4). | 1.10 at 225.00/hr | 247.50 |
| 08/22/2013 | DGD | Other | Work on confirmation issues regarding Dan French bankruptcy and exchange correspondence regarding same. | 1.00 at 295.00/hr | 295.00 |
| 08/23/2013 | DGD | Other | Review of answer filed in adversary proceeding and issues re: confirmation hearing. | 0.40 at 295.00/hr | 118.00 |
| 08/23/2013 | AV | Other | Attended Confirmation Hearing for D. French (1.5); Discussing the same with D. Dragich (.4). | 1.90 at 225.00/hr | 427.50 |
| 08/26/2013 | DGD | Other | Review of answer from defendant in adversary proceeding (.3); exchange correspondence with Mr. Fleming regarding adversary proceedings and defenses raised regarding same (.3). | 0.60 at 295.00/hr | 177.00 |
| 08/26/2013 | AV | Other | Reviewing answer filed by M. Pett, W. Leonard, P. Frawley (.5); Drafting, Finalizing, and Filing stipulation to extend deadline to file response (.9); Discussing assignments with D. Dragich (.3). | 1.70 at 225.00/hr | 382.50 |
| 08/28/2013 | DGD | Other | Review and work on summary of all answers to adversary proceedings and correspondence with Mr. Kohut regarding same. | 1.60 at 295.00/hr | 472.00 |
| 08/28/2013 | AV | Other | Revising proof of service and filing the same; Re-issuing summons (.3); Summarizing answers that were filed in the adversary proceedings; Emailing E. Majores regarding DNO actions (.2). | 0.50 at 225.00/hr | 112.50 |
| 08/29/2013 | DGD | Other | Conference with Mr. Kohut regarding summary of adversary proceedings and issues regarding same. | 0.80 at 295.00/hr | 236.00 |
| 09/05/2013 | DGD | Other | Meeting with Mr. Kohut regarding litigation claims and other possible recoveries (.5); conference with Mr. Majoros regarding D&O insurance issues (.3); review of D&O insurance issues and documents regarding same (.7). | 1.50 at 295.00/hr | 442.50 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | 20689 |
| Invoice Date | 10/02/2014 |
| For Services Through | 10/02/2014 |

| Date | Atty | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 09/09/2013 | DGD | Other | Work on issues regarding adversary proceedings and analyze recovery opportunities regarding same. | 1.40 at 295.00/hr | 413.00 |
| 09/09/2013 | AV | Other | Revising and filing stipulation to extend deadline for J. Brusewitz to respond to amended complaint (.5); Discussing status of adversary proceedings with D. Dragich (.3). | 0.80 at 225.00/hr | 180.00 |
| 09/16/2013 | AV | Other | Finalizing documents for dismissing adversary proceedings against broker-dealers (.4); Drafting and reviewing 26(f) statement for D.B. French Co. and W. Leonard adversary proceeding status conference; Emailing M. DiLaura and K. Calhoun re: the same (1.1); Phone call with J. Jernigan re: adversary against D. Lenz (.1). | 1.60 at 225.00/hr | 360.00 |
| 09/17/2013 | AV | Other | Conference call with M. DiLaura and K. Calhoun regarding Rule 26(f) Statement; Revising 26(f) statement and filing the same (.8); Discussing current issues with adversary proceeding with D. Dragich (.1). | 0.90 at 225.00/hr | 202.50 |
| 09/18/2013 | AV | Other | Corresponding with J. Jernigan re: adversary proceeding (.2); Phone Call with Court clerk re: Entry of Default for Timberland Four, LLC (.3); Discussing adversary proceeding issues; responding to L. Sokol email re: the same (.3). | 0.80 at 225.00/hr | 180.00 |
| 09/20/2013 | AV | Other | Drafting 26(f) statement for Brusewitz, Currier, et al adversary proceeding; Drafting letter to P. Frawley re: 26(f) statement; drafting and corresponding with M. Fleming and J. Jernigan re: stipulations for extensions (1.1); Discussing status conference with D. Dragich (.1). | 1.20 at 225.00/hr | 270.00 |
| 09/23/2013 | DGD | Other | Work on adversary proceedings, including review of documents provided by defendants. | 1.60 at 295.00/hr | 472.00 |
| 09/24/2013 | AV | Other | Discussing service issues with D. Dragich; Re-filing POS for D. Lenz (.7); Reviewing scheduling Order entered by the court for D.B French Co. adversary proceeding (.3). | 1.00 at 225.00/hr | 225.00 |
| 09/24/2013 | DGD | Other | Work on all open adversary proceedings and review of asserted defenses, including documents provided by defendants. | 2.30 at 295.00/hr | 678.50 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | 20689 |
| Invoice Date | 10/02/2014 |
| For Services Through | 10/02/2014 |

| Date | Initials | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 09/25/2013 | AV | Other | Amending Rule 26(f) Statement; Filing both documents (.8); Reviewing and compiling filed docs in Brusewitz, et al. adversary proceeding in preparation for status conference (.3). | 1.10 at 225.00/hr | 247.50 |
| 09/26/2013 | DGD | Other | Review of file documents regarding action against Mr. Lenz (1.0); conference with Mr. Lenz's counsel regarding settlement issues (.3); review and respond to correspondence with Mr. Lenz's counsel (.2); conference with Mr. Kohut regarding preference and fraudulent transfer matters (.5). | 2.00 at 295.00/hr | 590.00 |
| 09/27/2013 | DGD | Other | Work on issues regarding adversary proceedings (1.0); conference with Mr. Jernigan regarding settlement offer and status conference (.3). | 1.30 at 295.00/hr | 383.50 |
| 09/30/2013 | AV | Other | Phone Call with P. Frawley re: status conference; Attending status conference for Brusewitz, et. al. adversary proceeding (1.2); Phone Call with J. Jernigan re: settlement (.2); Finalizing Application for Default Judgment against Timberland Four, LLC (.5); Summarizing progress and determining next steps for adversary proceedings (.4). | 2.30 at 225.00/hr | 517.50 |
| 09/30/2013 | DGD | Other | Work on issues regarding scheduling conference for adversary proceedings (.5); conferences with Mr. Jernigan regarding settlement issues (.4); exchange correspondence and conference with Mr. Kohut regarding settlement issues for adversary proceedings (.4); review of summary of open issues for adversary proceedings (.3). | 1.60 at 295.00/hr | 472.00 |
| 10/01/2013 | AV | Other | Filing default judgment against Timberland Four, LLC; Reviewing scheduling order and emailing the same to D. Dragich (.7); Reviewing documents related to individuals in adversary proceedings (.6); Revising proof of service for M. Tamulevich and filing the same (.4); Discussing status of adversary proceedings/next steps with D. Dragich and G. Kohut (.3). | 2.00 at 225.00/hr | 450.00 |
| 10/01/2013 | DGD | Other | Meeting with Mr. Kohut regarding all litigation issues and settlement proposals in all cases. | 1.00 at 295.00/hr | 295.00 |
| 10/02/2013 | AV | Other | Drafting initial disclosure for D.B French Co. adversary proceeding. | 1.00 at 225.00/hr | 225.00 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | 20689 |
| Invoice Date | 10/02/2014 |
| For Services Through | 10/02/2014 |

| Date | Atty | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2013 | DGD | Other | Conferences with counsel for Lenz regarding adversary proceeding (.3); review of settlement issues and exchange correspondence regarding Lenz adversary proceeding (.4). | 0.70 at 295.00/hr | 206.50 |
| 10/10/2013 | DGD | Other | Work on settlement of Del Lenz matter. | 0.40 at 295.00/hr | 118.00 |
| 10/10/2013 | AV | Other | Drafting settlement agreement and voluntary dismissal between the Trustee and D. Lenz (1.4); Drafting initial disclosure statement for Brusewitz, et al., adversary proceeding (.6). | 2.00 at 225.00/hr | 450.00 |
| 10/11/2013 | DGD | Other | Conference with Mr. Fleming regarding adversary proceeding and review of documents regarding same. | 0.50 at 295.00/hr | 147.50 |
| 10/11/2013 | AV | Other | Drafting summary of J. Brusewitz's adversary proceeding; Discussing the same with D. Dragich; Phone Call with M. Fleming re: Jack Brusewitz; Revising stipulation to extend deadline for J. Brusewitz to respond; Filing the same (1.1); Drafting Initial Disclosure Statement (.2). | 1.30 at 225.00/hr | 292.50 |
| 10/16/2013 | DGD | Other | Meeting with Mr. Kohut regarding adversary proceedings. | 0.50 at 295.00/hr | 147.50 |
| 10/21/2013 | DGD | Other | Review of open issues regarding adversary proceeding against DB French and Company (.5); conference with Mr. Calhoun regarding action against DB French and Company (.3). | 0.80 at 295.00/hr | 236.00 |
| 10/21/2013 | AV | Other | Filing voluntary dismissal for J. Brusewitz; Serving the same (.5); Phone Call with K. Calhoun re: status of D.B. French Co. Adversary proceeding (.7). | 1.20 at 225.00/hr | 270.00 |
| 10/23/2013 | AV | Other | Reviewing W. Leonard's schedules, preparing for 341 exam; Attending 341 exam (1.5); Revising D. Lenz's dismissal documents; Emailing the same to J. Jernigan (.2); Phone Call to E. Sokol re: M. Pett and M. Tamulevich adversary proceeding (.1). | 1.80 at 225.00/hr | 405.00 |
| 10/29/2013 | AV | Other | Discussing dismissal of D. Lenz with D. Dragich; discussing adversary proceedings with D. Dragich; Filing Notice of Voluntary Dismissal. | 0.70 at 225.00/hr | 157.50 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | 20689 |
| Invoice Date | 10/02/2014 |
| For Services Through | 10/02/2014 |

| Date | Atty | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 11/07/2013 | AV | Other | Phone call to S. Kaminski (.1); Emailing C. Frank re: Xtiva documents; Phone Call/Emailing E. Hassan re: the same (.5); Phone Call with K. Krappas re: Arctarius litigation (.3). | 0.90 at 225.00/hr | 202.50 |
| 11/08/2013 | DGD | Other | Work on adversary proceedings and related issues. | 0.50 at 295.00/hr | 147.50 |
| 11/08/2013 | AV | Phone Call | Reviewing audit at issue in Arctarius and Jaffe litigation; Emailing D. Dragich re: the same. | 0.40 at 225.00/hr | 90.00 |
| 12/03/2013 | AV | Other | Reviewing documentation for information relating to salary advances; Following up with E. Hassan re: Xtiva documents. | 0.40 at 225.00/hr | 90.00 |
| 12/05/2013 | DGD | Other | Meeting with Mr. Kohut regarding litigation matters and settlement issues. | 1.00 at 295.00/hr | 295.00 |
| 12/12/2013 | DGD | Other | Review of motion to dismiss case in Dan French bankruptcy and follow up on issues regarding same. | 0.60 at 295.00/hr | 177.00 |
| 12/12/2013 | AV | Other | Phone call with K. Calhoun re: D.B. French Co. adversary; Drafting stipulation extending discovery deadlines; Reviewing and summarizing Motion to Dismiss D. French's bankruptcy case. | 0.80 at 225.00/hr | 180.00 |
| 12/13/2013 | DGD | Other | Conference with Mr. Kohut regarding Dan French bankruptcy issues and follow up regarding same. | 0.80 at 295.00/hr | 236.00 |
| 12/13/2013 | AV | Other | Finalizing stipulation to extend discovery deadline; Filing the same; Discussing Motion to Dismiss D. French case (.5); Drafting proof of claim for W. Leonard bankruptcy case (.3). | 0.80 at 225.00/hr | 180.00 |
| 12/20/2013 | AV | Other | Drafting discovery requests for former broker adversary proceeding; Discussing the same with D. Dragich; Filing and Serving the same. | 1.50 at 225.00/hr | 337.50 |
| 12/20/2013 | DGD | Other | Work on issues regarding discovery requests and service relating to same. | 1.20 at 295.00/hr | 354.00 |
| 12/30/2013 | DGD | Other | Review of file documents and conference with Mr. Kohut regarding same. | 0.80 at 295.00/hr | 236.00 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | **20689** |
| Invoice Date | **10/02/2014** |
| For Services Through | 10/02/2014 |

| Date | Atty | Type | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 01/06/2014 | DGD | Other | Exchange correspondence with counsel for Wendy Leonard regarding documents and related issues. | 0.40 at 295.00/hr | 118.00 |
| 01/10/2014 | AV | Other | Drafting discovery responses for Broker Adversary Proceeding. | 0.70 at 225.00/hr | 157.50 |
| 01/15/2014 | AV | Other | Drafting discovery responses; Compiling documents for discovery responses. | 0.50 at 225.00/hr | 112.50 |
| 01/16/2014 | AV | Other | Discussing discovery responses with D. Dragich and G. Kohut; Drafting the same; Finalizing and filing the same (0.5); Summarizing status of case for M. Habib (.2); Discussing various Leonard & Company documents with S. Kaminski (.4); Phone call with P. Frawley re: discovery and settlement options; Discussing the same with D. Dragich (.4). | 1.50 at 225.00/hr | 337.50 |
| 01/20/2014 | AV | Other | Discussing other open issues with adversary proceedings with D. Dragich; Emailing L. Sokol and K. Calhoun re: proposed conference calls. | 0.70 at 225.00/hr | 157.50 |
| 01/20/2014 | DGD | Other | Review of file documents and correspondence with defendant's counsel regarding open issues. | 1.00 at 295.00/hr | 295.00 |
| 01/22/2014 | AV | Other | Phone call with K. Calhoun's office re: conference call; Reviewing discovery responses for broker adversary proceeding; Discussing the same with D. Dragich; Phone Call with L. Sokol re: broker adversary proceeding. | 1.50 at 225.00/hr | 337.50 |
| 01/22/2014 | DGD | Other | Conference with counsel for brokers' regarding preference matter and review of documents regarding same. | 1.00 at 295.00/hr | 295.00 |
| 01/24/2014 | DGD | Other | Conference with Mr. Calhoun for defendant regarding case issues and review of file documents regarding same. | 1.00 at 295.00/hr | 295.00 |
| 01/24/2014 | AV | Other | Meeting with P. Frawley re: adversary proceeding; Phone Call with K. Calhoun re: DB French adversary proceeding. | 1.20 at 225.00/hr | 270.00 |
| 02/03/2014 | DGD | Other | Review of open issues regarding settlement and all related matters for adversary proceedings. | 1.50 at 295.00/hr | 442.50 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | 20689 |
| Invoice Date | 10/02/2014 |
| For Services Through | 10/02/2014 |

| Date | Initials | Category | Description | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 02/03/2014 | AV | *Other* | Phone Call with P. Frawley re: settlement offer; Emailing D. Dragich re: the same (.5) | 0.50 at 225.00/hr | 112.50 |
| 02/10/2014 | DGD | *Other* | Review of open issues regarding defenses to preference matter and calls to defendants' counsel regarding same. | 1.00 at 295.00/hr | 295.00 |
| 03/06/2014 | AV | *Other* | Drafting settlement and dismissal documents re: broker adversary proceeding | 0.50 at 225.00/hr | 112.50 |
| 03/07/2014 | AV | *Other* | Drafting settlement agreements for M. Pett, M. Tamulevich, P. Frawley; Drafting Rule 9019 Motion; Emailing the same to L. Sokol | 0.90 at 225.00/hr | 202.50 |
| 03/10/2014 | AV | *Other* | Drafting settlement agreement and related documents for P. Frawley; Discussing the same with D. Dragich; Revising the same | 1.00 at 225.00/hr | 225.00 |
| 03/28/2014 | AV | *Other* | Drafting 9019 Motions re: settlements with M. Pett and M. Tamulevich; Emailing P. Frawley re: executed settlement agreement | 0.60 at 225.00/hr | 135.00 |
| 03/31/2014 | AV | *Other* | Drafting 9019 Motions re: settlements with M. Pett; Emailing D. Dragich re: the same | 0.60 at 225.00/hr | 135.00 |
| 03/31/2014 | DGD | *Other* | Review of Rule 9019 settlement motion and work on same. | 1.00 at 295.00/hr | 295.00 |
| 04/01/2014 | DGD | *Documentation* | Review of settlement agreements and motion regarding same. | 1.00 at 295.00/hr | 295.00 |
| 04/01/2014 | AV | *Documentation* | Emailing L. Sokol re: Rule 9019 Motion; Drafting Rule 9019 Motions for M. Tamulevich and P. Frawley | 0.60 at 225.00/hr | 135.00 |
| 04/02/2014 | AV | *Documentation* | Drafting Rule 9019 Motions for Pett and Tamulevich. | 0.60 at 225.00/hr | 135.00 |
| 04/02/2014 | DGD | *Documentation* | Review of settlement agreement and settlement motion | 0.40 at 295.00/hr | 118.00 |
| 04/04/2014 | AV | *Documentation* | Finalizing, Filing, and Serving Rule 9019 Motions for R. Pett and M. Tamulevich. | 1.60 at 225.00/hr | 360.00 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | **20689** |
| Invoice Date | **10/02/2014** |
| For Services Through | 10/02/2014 |

| Date | | Type | Hours | Amount |
|---|---|---|---|---|
| 04/14/2014 | AV | *Other* <br> Phone call with K. Calhoun re: DB French adversary proceeding; Discussing the same with D. Dragich; Reviewing documentation relating to preferential transfers. | 0.30 at 225.00/hr | 67.50 |
| 04/16/2014 | AV | *Documentation* <br> Finalizing, filing and serving 9019 Motion re: P. Frawley. | 1.00 at 225.00/hr | 225.00 |
| 04/17/2014 | AV | *Other* <br> Phone Call with K. Calhoun and G. Kohut re: settlement and 9019 Motion for D.B. French & Co. adversary proceeding; Drafting 9019 Motion re: D.B. French & Co. settlement and related documents; Circulating the same to K. Calhoun and G. Kohut. | 1.20 at 225.00/hr | 270.00 |
| 04/29/2014 | AV | *Documentation* <br> Drafting CNR for Motion to Compromise for M. Pett and M. Tamulevich; Finalizing and Filing the same. | 1.00 at 225.00/hr | 225.00 |
| 04/30/2014 | AV | *Other* <br> Finalizing and Filing Stipulation to Dismiss re: R. Max Pett and M. Tamulevich. | 0.40 at 225.00/hr | 90.00 |
| 05/02/2014 | AV | *Documentation* <br> Finalizing and Filing Motion to Compromise re: DB French & Company; Serving the same. | 0.40 at 225.00/hr | 90.00 |
| 05/12/2014 | AV | *Documentation* <br> Drafting certificate of non-response re: Frawley settlement. | 0.50 at 225.00/hr | 112.50 |
| 05/20/2014 | AV | *Meeting* <br> Meeting with G. Kohut and D. Dragich re: next steps and status of case; Finalizing and filing stipulation to dismiss adversary proceeding as to P. Frawley. | 0.40 at 225.00/hr | 90.00 |
| 05/27/2014 | AV | *Documentation* <br> Drafting certificate of non-response for D.B. French 9019 Motion; Filing the same. | 0.80 at 225.00/hr | 180.00 |
| 05/30/2014 | AV | *Documentation* <br> Filing stipulation to dismiss D.B. French Co. adversary proceeding. | 0.30 at 225.00/hr | 67.50 |
| 06/02/2014 | AV | *Other* <br> Discussing subpoena issue with D. Dragich; Emailing K. Kaupas re: the same. | 0.30 at 225.00/hr | 67.50 |
| 06/03/2014 | AV | *Phone Call* <br> Phone call with T. Egan re: deposition of Trustee; Phone Call with D. Dragich and G. Kohut re: the same. | 0.30 at 225.00/hr | 67.50 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | **20689** |
| Invoice Date | **10/02/2014** |
| For Services Through | 10/02/2014 |

| Date | Init | Description | | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/2014 | DGD | *Phone Call* <br> Conference with attorney regarding discovery with Trustee; conference with Mr. Kohut regarding same. | | 1.00 at 295.00/hr | 295.00 |
| 06/17/2014 | DGD | *Phone Call* <br> Conference with Mr. Egan regarding litigation issues; follow up correspondence regarding same | | 0.50 at 295.00/hr | 147.50 |
| 06/20/2014 | AV | *Documentation* <br> Reviewing documents re: assets of the estate; Emailing T. Egan documents re: assets of the estate. | | 1.00 at 225.00/hr | 225.00 |

In Reference To: **Leonard & Company (Expenses)**

| Date | Init | Description | Amount | Amount |
|---|---|---|---|---|
| 05/14/2013 | AV | *Miscellaneous* <br> Pacer.gov fees April 2013. | 13.90 | 13.90 |
| 05/21/2013 | AV | *Miscellaneous* <br> Correspondence mailed to L. Powe and M. Day. | 2.04 | 2.04 |
| 06/10/2013 | SW | *Miscellaneous* <br> Pacer.gov fees for May 2013. | 36.00 | 36.00 |
| 06/11/2013 | AV | *Miscellaneous* <br> Correspondence mailed to C. Bullock, E. Majoros and C. Frank. | 1.98 | 1.98 |
| 07/11/2013 | AV | *Miscellaneous* <br> Pacer.gov fee for June 2013. | 4.40 | 4.40 |
| 07/12/2013 | AV | *Miscellaneous* <br> LexisNexis fees for May 2013. | 118.68 | 118.68 |
| 07/25/2013 | AV | *Miscellaneous* <br> Documents mailed to J. Brusewitz, J. Currier, P. Frawley, D. Lenz, R. Pett, M. Tamulevich, and G. Sawka. | 83.44 | 83.44 |
| 07/25/2013 | AV | *Miscellaneous* <br> Documents mailed to D. French and W. Leonard. | 23.84 | 23.84 |
| 07/29/2013 | AV | *Miscellaneous* <br> Correspondence mailed to J. Brusewitz, J. Currier, P. Frawley, D. Lenz R. Pett, M. Tamulevich and G. Sakwa. | 8.34 | 8.34 |
| 08/05/2013 | AV | *Miscellaneous* <br> Mailed correspondence to M. Tamulevich. | 11.92 | 11.92 |
| 08/07/2013 | AV | *Miscellaneous* <br> Mailed correspondence to J. Brusewitz. | 11.92 | 11.92 |
| 08/12/2013 | AV | *Miscellaneous* <br> Pacer.gov fee for July 2013. | 7.30 | 7.30 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | **20689** |
| Invoice Date | **10/02/2014** |
| For Services Through | 10/02/2014 |

| | | | | |
|---|---|---|---|---|
| 08/15/2013 | AV | *Miscellaneous* <br> Mailed correspondence to C. Bullock. | 15.90 | 15.90 |
| 08/23/2013 | AV | *Miscellaneous* <br> Parking. | 12.00 | 12.00 |
| 09/10/2013 | AV | *Miscellaneous* <br> Pacer.gov fee August 2013. | 2.50 | 2.50 |
| 09/20/2013 | AV | *Miscellaneous* <br> Mailed correspondence to P. Frawley. | 19.55 | 19.55 |
| 09/23/2013 | AV | *Miscellaneous* <br> Parking. | 10.00 | 10.00 |
| 09/24/2013 | AV | *Miscellaneous* <br> Mailed correspondence to E. Sokol. | 5.87 | 5.87 |
| 09/30/2013 | AV | *Miscellaneous* <br> Parking. | 10.00 | 10.00 |
| 10/14/2013 | AV | *Miscellaneous* <br> Pacer.gov document fee September 2013. | 1.70 | 1.70 |
| 10/21/2013 | AV | *Miscellaneous* <br> Mailed correspondence to M. Fleming. | 0.66 | 0.66 |
| 10/23/2013 | AV | *Miscellaneous* <br> Parking. | 12.00 | 12.00 |
| 10/30/2013 | AV | *Miscellaneous* <br> Mailed correspondence to J. Jernigan. | 0.66 | 0.66 |
| 11/11/2013 | AV | *Miscellaneous* <br> Pacer.gov fee for October 2013. | 3.80 | 3.80 |
| 11/25/2013 | AV | *Miscellaneous* <br> Parking fee. | 12.00 | 12.00 |
| 12/20/2013 | AV | *Miscellaneous* <br> Mailed correspondence to E. Sokol. | 1.72 | 1.72 |
| 01/16/2014 | AV | *Miscellaneous* <br> Mailed correspondence to E. Sokol. | 29.07 | 29.07 |
| 01/17/2014 | AV | *Miscellaneous* <br> Pacer.gov fee December 2013. | 0.30 | 0.30 |
| 04/04/2014 | AV | *Mailing/Postage* <br> Mail correspondence to Elizabeth Sokol and Sean Cowley | 4.48 | 4.48 |
| 04/16/2014 | DGD | *Mailing/Postage* <br> Motion for Order Pursuant to Bankruptcy Rule 9019 Approving <br> Compromise between Trustee and Defendant | 3.22 | 3.22 |

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | **20689** |
| Invoice Date | **10/02/2014** |
| For Services Through | 10/02/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 05/06/2014 | AV | *Mailing/Postage* <br> Mailing Motion to Compromise re: DB French & Company | | 3.22 | 3.22 |

*Total Hours: 173.40 hrs*
*Total Case Administration: 44,349.00*
*Total Expenses: 472.41*
**Total Invoice Amount: 44,821.41**

**Harrington Dragich PLLC**
**21043 Mack Avenue**
**Grosse Pointe Woods, MI 48236**

Invoice submitted to:

Gene Kohut

| | |
|---|---|
| Invoice # | **20725** |
| Invoice Date | **12/29/2014** |
| For Services Through | 12/29/2014 |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | In Reference To: **Leonard & Company (Case Administration)** | | |
| 10/08/2014 | AV | *Other*<br>Emailing K. Calhoun re: DB French Company settlement payment;<br>Emailing M. Habib re: adversary proceeding payments. | 0.70 at 225.00/hr | 157.50 |
| 12/23/2014 | AV | *Other*<br>Discussing settlement agreements with D. Dragich; Reviewing the same (.4)<br>Discussing Fee Application with D. Dragich (.1) | 0.50 at 225.00/hr | 112.50 |

*Total Hours: 1.20 hrs*
*Total Case Administration: 270.00*
**Total Invoice Amount: 270.00**